Exhibit C

# HIGHGATE HOUSE, LLC

May 16, 2007

Colonial Stock Transfer Company
66 Exchange Place
Salt Lake City, UT 84111

Attention:   Kathy Carter

**Re:   Michelex Corp. / Highgate House, LLC**
**Convertible Debenture issued December 30, 2004 in the face amount of $999,000**

Dear Ms. Carter:

Enclosed herewith please find Conversion notice executed by Julie Marie Halady on behalf of Highgate House, LLC in the amount of thirteen thousand five hundred dollars ($13,500), representing a conversion under the terms of the Convertible Debenture.

Accordingly, it is requested that you issue in the name of Highgate House, LLC, the sum of one million six hundred eighty-seven thousand five hundred (1,687,500) restricted common stock shares in the name of Highgate House, LLC, and forward said Certificate via overnight delivery to this office.

In the event you have any questions and/or concerns, please feel free to contact this office.

Very truly yours,

HIGHGATE HOUSE, LLC

Julie Marie Halady
Corporate Secretary

/jmh
Enclosure

Via Fax Only
    (801) 355-6505

cc:   Michelex Corp.
      Genitte Gramuglia, President
      (315) 764-9412

# APPENDIX I

## NOTICE OF CONVERSION
## AT THE ELECTION OF THE HOLDER

(To be Executed by the Registered Holder
in order to Convert the Debentures)

Except as provided by Section 4(b) of the Debentures, the undersigned hereby irrevocably elects to convert the attached Debenture into shares of Common Stock, par value $100.00 per share (the "Common Stock") of Hindsight Records, Inc. (the "Company"), or, if a Merger (as defined in the Debenture) has occurred, into shares of MP Common Stock (as defined in the Debenture) according to the provisions hereof, as of the date written below. If shares are to be issued in the name of a person other than undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates and opinions as reasonably requested by the Company in accordance therewith. No other fees will be charged to the Holder, except for transfer taxes, if any.

Conversion Calculations:

_____May 16, 2007_____
Date to Effect Conversion

_____$ 13,500_____
Principal Amount of Debenture(s) to be Converted

_____- 0 -_____
Interest to be Converted or Paid

_____$ 0.008_____
Applicable Conversion Price (Pursuant to Section 4(c)(v))

_____1,687,500_____
Number of Shares to be Issued Upon Conversion

Signature _[signature]_

Name: Julie Marie Halady, Corporate Secretary

Address _____

Prepared: _[initials]_   Accounting: _[initials]_   Compliance: _[initials]_   Legal: _[initials]_

```
<HELP> for explanation.                                          P181 Equity HP

Comp/CLOSE/PRICE                                                 Page  1 / 3
MICHELEX CORP              (MLXO    US)      PRICE .0105      V    $   DELAYED
                                                           HI  .047     ON 11/20/06
 Range 11/16/06 to 5/15/07   Period D Daily               AVE  .0265    VL   744902
                                       USD  Market B Bid  LOW  .01      ON  5/15/07
```

|   | DATE | BID | VOLUME |   | DATE | BID | VOLUME |   | DATE | BID | VOLUME |
|---|------|-----|--------|---|------|-----|--------|---|------|-----|--------|
|   | F |      |         | F | 4/27 | .017  | 1546737 | F | 4/6  | no Trading |        |
|   | T |      |         | T | 4/26 | .018  | 3877998 | T | 4/5  | .024 | 106600 |
|   | W |      |         | W | 4/25 | .018  | 641213  | W | 4/4  | .023 | 239180 |
| L→ | T | 5/15 L.01 | 1181333 | T | 4/24 | .016  | 653762  | T | 4/3  | .02  | 531228 |
| L→ | M | 5/14 .011 | 1083925 | M | 4/23 | .016  | 342262  | M | 4/2  | .019 | 349640 | 30 days |
|   | F | 5/11 | .013 | 749423 | F | 4/20 | .016 | 633000 | F | 3/30 | .02  | 565996 |
|   | T | 5/10 | .0125 | 770000 | T | 4/19 | .016 | 656950 | T | 3/29 | .022 | 2059000 |
|   | W | 5/9  | .0135 | 591000 | W | 4/18 | .015 | 1127265 | W | 3/28 | .024 | 3526962 |
| L→ | T | 5/8  | .011 | 1023600 | T | 4/17 | .019 | 886365 | T | 3/27 | .016 | 1147100 |
|   | M | 5/7  | .014 | 1052289 | M | 4/16 | .022 | 568592 | M | 3/26 | .018 | 1120175 |
|   | F | 5/4  | .016 | 555623 | F | 4/13 | .025 | 127000 | F | 3/23 | .017 | 1233998 |
|   | T | 5/3  | .015 | 1051191 | T | 4/12 | .027 | 835555 | T | 3/22 | .017 | 1751623 |
|   | W | 5/2  | .016 | 664751 | W | 4/11 | .024 | 451755 | W | 3/21 | .023 | 718650 |
|   | T | 5/1  | .015 | 374969 | T | 4/10 | .026 | 1313870 | T | 3/20 | .023 | 1375600 |
|   | M | 4/30 | .015 | 699799 | M | 4/9  | .022 | 173500 | M | 3/19 | .024 | 808017 |

```
Australia 61 2 9777 8600        Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                             G983-22-2 16-May-2007 08:20:34
```

**Bloomberg** TERMINAL

Converts at lesser of $0.24 or 75% of Avg 3 Low of 30 day bid
* QRM Prints Attached in support of handwritten bids. *

L = .01
    .011
    .011
    -----
    .032 ÷ 3 = .0106666666 × .75 = .007999999 = .008

$$\frac{\$13,500}{.008} = 1,687,500 \text{ shares}$$

```
MLXO US $    1.011 +.0005 V  K.01/.011K   50x50           Equity QRM
DELAY        Vol 397,367 Op .0105 V  Hi .011 V  Lo .01 V  ValTrd 4027
      Definitions        CR/QRM Options              Market/Trade Recap      Page 1
Time        :         Min Vol            Mrkt Mk                              USD
Date     5/14         Price Range              To         Volumes scaled by 100
MICHELEX CORP                  PRICE .011              DELAYED       Cond

   Time          E       Bid/Trd/Ask      E       Size         MMkr         Cond
 20:10:40        V         .012
 17:20:43        V         .012
 16:55:13                   /
 15:24:05                 .011/.013               100x100
 15:23:54        V         .012                    1000
 15:16:54                 .012/.013                50x100
 15:12:02        V         .012                    200
 15:12:02                  .012                    570
 14:57:43        V         .0117                  2500
 14:56:49                 .012/.013                50x50
 14:56:45                 .011/.013               100x50
 14:56:44        V         .012                   1000
 14:52:13                 .011/.012               100x50
 14:23:37                  .011                    100
 14:12:41                 .011/.013               100x100
 14:12:40        V         .012                   25x27
 14:12:39                  .0121                   7x29
 14:02:38                 .012/.013                50x100

Australia 61 2 9777 8600     Brazil 5511 3048 4500     Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                                   G983-22-0 16-May-2007 10:43:50
```

(.011)

```
MLXO US $    1.011 +.0005 V  K.01/.011K   50x50              Equity QRM
DELAY    Vol 397,367 Op .0105 V  Hi .011 V  Lo .01 V  ValTrd 4027
         Definitions         QR/QRM Options              Market/Trade Recap    Page 1
Time     [  ]:[  ]    Min Vol [    ]   Mrkt Mk [  ]    Volumes scaled by 100          USD
Date     5/10        Price Range [   ]     To [   ]
MICHELEX CORP                PRICE .011                  DELAYED      Cond
```

| Time     | E | Bid/Trd/Ask | E | Size   | MMkr | Cond |
|----------|---|-------------|---|--------|------|------|
| 20:10:39 | V | .012        |   |        |      | CC   |
| 17:20:43 | V | .012        |   |        |      | CC   |
| 17:14:14 |   | /           |   |        |      | U/U  |
| 16:38:18 | K | .011/.015   | K | 50x40  |      |      |
| 16:09:49 | K | .012/.015   | K | 50x50  |      |      |
| 15:53:14 | K | .0125/.015  | K | 50x50  |      |      |
| 15:53:14 | V | .015        |   | 300    |      |      |
| 15:53:12 | V | .013        |   | 500    |      |      |
| 15:51:48 | K | .0125/.013  | K | 50x100 |      |      |
| 15:51:48 | P | .0125/.014  | K | 50x50  |      |      |
| 15:51:47 | V | .013        |   | 500    |      |      |
| 14:57:08 | V | .0125       |   | 2500   |      |      |
| 14:55:18 | V | .013        |   | 1000   |      |      |
| 14:52:33 | V | .013        |   | 100    |      |      |
| 14:52:33 | V | .013        |   | 500    |      |      |
| 14:23:04 | K | .013/.014   |   | 100x50 |      |      |
| 14:12:26 | K | .0125/.014  |   | 50x50  |      |      |
| 13:44:47 | K | .0125/.015  |   | 50x50  |      |      |

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
G983-22-0 16-May-2007 10:43:57

(.0125)

```
MLXO US $      t .011 +.0005 V  K.01/.011K    50x50              Equity QRM
DELAY      Vol 397,367 Op .0105 V  Hi .011 V  Lo .01 V  ValTrd 4027
         Definitions           QR/QRM Options              Market/Trade Recap      Page 1
Time    [  :  :  ]    Min Vol          Mrkt Mk                                         USD
Date    [ 5/ 9 ]    Price Range          To
MICHELEX CORP                PRICE .011              DELAYED      Cond
    Time        E      Bid/Trd/Ask    E        Size           MMkr          Cond
  20 10 39      V         .013                                                CC
  17 20 42      V         .013                                                CC
  17 08 52                  /                                                 UVO
  16 37 26      P      .013/.014              50x50
  16 13 06      V         .013                   60                           FT
  15 45 31      P     .0135/.014               50x50
  15 38 47      V         .013                  100
  15 33 34      V         .0125                 350
  15 32 30      P     .0125/.014               50x50
  15 16 39      P     .0125/.0145              50x50
  15 16 38      V         .013                  500
  15 09 47      V         .0135                 100
  15 08 06      N     .0135/.013               50x50
  15 06 50      V         .013                 438 50
  15 06 48      P     .0135/.014               50x50
  15 06 44      V         .013                   50
  14 39 26      V         .013                  500
  13 37 28      V         .014                  270
Australia 61 2 9777 8600     Brazil 5511 3048 4500     Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
                                                                          G983-22-0 16-May-2007 10:44:01
```

(.0135)

```
MLXO US $    1.011 +.0005 V  K.01/.011K  50x50           Equity QRM
DELAY       Vol 397,367 Op .0105 V  Hi .011 V  Lo .01 V  ValTrd 4027
```

| Definitions | | CR/QRM Options | | Market/Trade Recap | Page 1 | |
|---|---|---|---|---|---|---|
| Time | : | Min Vol | Mrkt Mk | | | USD |
| Date | 4/27 | Price Range | To | Volumes scaled by 100 | | |
| MICHELEX CORP | | PRICE .011 | | DELAYED | Cond. | |

| Time | E | Bid/Trd/Ask | E | Size | MMkr | Cond |
|---|---|---|---|---|---|---|
| 20:10:42 | | .018 | | | | CC |
| 17:20:44 | | .018 | | | | CC |
| 16:43:51 | | / | | / | | U/U |
| 16:30:11 | | .01/.035 | | 50:50 | | |
| 16:29:31 | | .01/.035 | | 50:50 | | |
| 16:25:38 | | .01/.035 | | 50:50 | | |
| 16:25:18 | | .01/.07 | | 50:50 | | |
| 16:21:52 | | .01/.035 | | 50:50 | | |
| 16:21:35 | | .015/.03 | | 50:50 | | |
| 16:20:07 | | .01/.035 | | 50:50 | | |
| 16:15:54 | | .017 | | 2000 | | H |
| 16:15:52 | | .018/.03 | | 50:50 | | |
| 16:14:50 | | .016 | | 2000 | | |
| 16:14:04 | | .017 | | 20 | | FT |
| 16:13:49 | | .017 | | 400 | | FT |
| 16:13:49 | | .016/.021 | | 50:50 | | |
| 16:01:46 | | .017/.02 | | 50:5 | | |
| 15:31:37 | | .017/.02 | | 50:50 | | |

```
Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
                                                                              G983-22-0 16-May-2007 10:44:07
```


(.017)



```
MLXD US $      ↑ .012 +.0015 V   K.011/.013K   50x100         Equity QRM
DELAY     Vol 502,367 Op .0105 V  Hi .012 V  Lo .01 V  ValTrd 5237
```

| | Definitions | | QR/QRM Options | | Market/Trade Recap | Page 1 | |
|---|---|---|---|---|---|---|---|
| Time | : | Min Vol | | Mrkt Mk | Volumes scaled by 100 | | USD |
| Date | 4/24 | Price Range | | To | | | |
| MICHELEX CORP | | | PRICE .011 | | DELAYED | Cond | |

| Time | E | Bid/Trd/Ask | E | Size | Mkt | Cond |
|---|---|---|---|---|---|---|
| 20:10:45 | V | .018 | | | | CC |
| 17:20:45 | | .018 | | | | CC |
| 17:15:53 | | / | | | | WU |
| 16:17:05 | V | .0165 | | 3000 | | FT |
| 14:49:54 | V | .018 | | 550 | | |
| 14:49:51 | | .016/.018 | | 100x50 | | |
| 14:49:45 | V | .017 | | 50 | | |
| 13:46:29 | V | .017 | | 200 | | |
| 13:10:31 | V | .017 | | 1000 | | |
| 11:58:02 | | .016/.017 | | 100x50 | | |
| 11:55:56 | V | .016 | | 720 | | |
| 11:25:00 | | .016/.021 | | 100x50 | | |
| 11:23:25 | | .016/.0017 | | 100x50 | | |
| 11:07:14 | V | .0185 | | 150 | | |
| 10:13:20 | V | .017 | | 1000 | | |
| 09:30:26 | V | .016 | | 8100 | | |
| 07:59:55 | | .016/.019 | | 100x | | |
| 07:33:49 | | .016/.021 | | | | |

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G983-22-0 16-May-2007 11:00:18

(.016)

```
MLXD  US $      1 .012 +.0015 V   K.011/.013K    50x100           Equity QRM
DELAY        Vol 502,367 Op .0105 V  Hi .012 V  Lo .01 V  ValTrd 5237
```

| | Definitions | | QR/QRM Options | | Market/Trade Recap | Page 1 | |
|---|---|---|---|---|---|---|---|
| Time | 1 : | | Min Vol | | Mrkt Mk | Volumes scaled by 100 | USD |
| Date | 4/10 | | Price Range | | To | | |
| MICHELEX CORP | | | PRICE .011 | | | DELAYED  Cond | |

| Time | E | Bid/Trd/Ask | E | Size | MMkr | Cond |
|---|---|---|---|---|---|---|
| 20:10:45 | | .026 | | | | CC |
| 18:07:38 | | / | | | | U/U |
| 18:07:37 | | .01/.2.00 | | 50x2 | | |
| 18:07:37 | | .01/.085 | | 50x50 | | |
| 18:07:30 | | .01/.085 | | 50x50 | | |
| 17:20:45 | | .026 | | | | CC |
| 16:34:50 | | .024/.027 | | 50x50 | | |
| 16:15:13 | | .024/.027 | | 50x50 | | |
| 16:14:04 | | .025/.027 | | 50x50 | | |
| 16:03:54 | | .0262 | | 3700 | | AP |
| 16:00:47 | | .027 | | 700 | | FT |
| 15:54:46 | | .026 | | 200 | | |
| → 15:53:54 | | .026/.027 | | 50x50 | | |
| 15:12:57 | | .026 | | 100 | | |
| 15:12:55 | | .025/.027 | | 50x50 | | |
| 14:40:43 | | .026 | | 93 | | |
| 14:40:42 | | .025/.026 | | 50x50 | | |
| 14:40:42 | | .025/.027 | | 50x50 | | |

Australia 61 2 9777 8600      Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
G983-22-0 16-May-2007 11:00:24



(.026)

```
MLXO US $     1 .012  +.0015 V   K.011/.013K    50x100        Equity QRM
DELAY      Vol 502,367 Op .0105 V  Hi .012 V  Lo .01 V  ValTrd 5237
```

|  | Definitions |  | CR/CRM Options |  | Market/Trade Recap | Page 1 |  |
|---|---|---|---|---|---|---|---|
| Time |  : | Min Vol |  | Mrkt Mk |  |  | USD |
| Date | 4/ 5 | Price Range |  | To |  | Volumes scaled by 100 |  |
| MICHELEX CORP |  |  | PRICE .011 |  | DELAYED | Cond |  |

| Time | E | Bid/Trd/Ask | E | Size | MMkr | Cond |
|---|---|---|---|---|---|---|
| 20:10:41 | V | .024 |  |  |  | CC |
| 18:10:29 |  | / |  |  |  | J/U |
| 18:10:23 | K | .01/.03 |  | 50x50 |  |  |
| 17:20:43 | V | .024 |  |  |  | CC |
| 16:00:03 | V | .025 |  | 1 |  | FT |
| 15:59:02 | K | .024/.025 |  | 50x50 |  |  |
| 15:58:08 | V | .024 |  | 20 |  |  |
| 15:58:03 | K | .024/.025 |  | 50x50 |  |  |
| 15:58:03 | K | .023/.025 |  | 50x50 |  |  |
| 13:31:55 | K | .023/.024 |  | 50x50 |  |  |
| 13:20:13 | V | .023 |  | 25 |  |  |
| 10:50:54 | V | .023 |  | 20 |  |  |
| 10:50:06 | K | .023/.025 |  | 50x50 |  |  |
| 10:27:46 | V | .023 |  | 50 |  | CS |
| 10:27:13 | V | .023 |  | 100 |  |  |
| 10:26:52 | V | .023 |  | 50 |  | CS |
| 10:26:52 | K | .023/.025 |  | 50x50 |  |  |
| 09:30:17 | V | .023 |  | 270 |  |  |

```
Australia 61 2 9777 8600       Brazil 5511 3048 4500      Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                      G983-22-0 16-May-2007 11:00:28
```

(.024)

```
MLXO US $      ↑ .012 +.0015 V  K.011/.013K  50x100       Equity QRM
DELAY      Vol 502,367 Op .0105 V  Hi .012 V  Lo .01 V  ValTrd 5237
```

| | | | | | | |
|---|---|---|---|---|---|---|
| Definitions | | QR/QRM Options | | Market/Trade Recap | | Page 1 |
| Time | : | Min Vol | Mrkt Mk | Volumes scaled by 100 | | USD |
| Date | 4/ 4 | Price Range | To | | | |
| MICHELEX CORP | | PRICE .011 | | DELAYED | Cond | |

| Time | E | Bid/Trd/Ask | E | Size | MMkr | Cond |
|---|---|---|---|---|---|---|
| 20:10:41 | | .023 | | | | |
| 17:20:44 | | .023 | | | | |
| 17:03:03 | | / | | | | |
| 17:02:56 | | .01/ | | 50 | | |
| 17:02:55 | | .01/.10 | | 50 | | |
| 17:02:32 | | .01/.08 | | 50/50 | | |
| 16:31:32 | | .023/.028 | | | | |
| 16:14:51 | | .023/.026 | | 50/50 | | |
| 13:46:03 | | .023 | | | | |
| 13:45:58 | | .023 | | | | |
| 13:45:53 | | .023/.025 | | 50/50 | | |
| 13:44:12 | | .023 | | | | |
| 13:44:12 | | .023 | | 200 | | |
| 13:43:07 | | .024 | | 100 | | |
| 13:43:02 | | .023/.024 | | 50/50 | | |
| 13:43:02 | | .023/.0245 | | 50/50 | | |
| 13:39:45 | | .0245 | | | | |
| 13:39:43 | | .024/.0245 | | 50/50 | | |

```
Australia 61 2 9777 8600        Brazil 5511 3048 4500      Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                            G983-22-0 16-May-2007 11:00:31
```



.023

Exhibit D

## HIGHGATE HOUSE, LLC

101 Hudson Street, Suite 3700
Jersey City, NJ  07302

Tel:  (201) 985-8300
Fax:  (201) 985-8266

| TO: | FROM: |
|---|---|
| Genitte Gramuglia | Julie Marie Halady, Corporate Secretary  (x129) |
| **COMPANY:** | **DATE:** |
| Michelex Corporation | May 24, 2007 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (315) 764-9412 | 3 |
| **RE:** | **CC:** |
| Michelex Corporation | Sunny Barkats, Esq.  (212) 980-5192 |
| | Perrie M. Weiner, Esq.  (310) 595-3324 |

NOTES/COMMENTS:

Attached please find Default Letter dated May 24, 2007.

**Privilege and Confidentiality Notice**
The information contained in this telefax is intended for the named recipient(s) only. It may contain privileged and/or confidential matter. If you have received this telefax in error, please notify us at (201) 985-8300, and return the originals by mail. Please do not disclose the contents to anyone. Thank you.

# HIGHGATE HOUSE, LLC

May 24, 2007

Michelex Corporation
PO Box 566
Massena Industrial Park
Massena, NY 13662

Attention: Genitte Gramuglia
           President

Re:   **Michelex Corporation (surviving entity from a Merger by and between Michelex Corporation, Stradaveri, Inc. and Hindsight Records, Inc.) / Highgate House, LLC**
      **Debenture A: "Secured Convertible Debenture Due December 29, 2006" issued on December 30, 2004 to Highgate House, LLC by Hindsight Records, Inc. (herein "Debenture A")**
      **Convertible Debenture Purchase Agreement entered into by and between Hindsight Records, Inc. and Highgate House, LLC on or about December 30, 2004 (the "Debenture Purchase Agreement")**

Dear Mr. Gramuglia:

Kindly accept this letter as notification that you are hereby in default under the terms of Debenture A, issued by Hindsight Records, Inc., a company superseded by Michelex Corporation pursuant to the terms of a Merger Agreement by and between Michelex Corporation, Stradaveri, Inc. and Hindsight Records, Inc. wherein the surviving entity was Michelex Corporation (herein the "Company") to Highgate House, LLC (herein "Highgate").

Specifically, you are in default pursuant to Section 3, I(a) of Debenture A for failure to repay same by December 29, 2006 (the "Maturity Date"), and also pursuant to Section 3, I(b) wherein it states that a default may be declared pursuant to Debenture A for the Company's failure to observe or perform any covenant, agreement, or warranty contained in, or commit any breach or default of any provision of Debenture A which is not cured within five (5) business days of notice to the Company.

Accordingly, please be advised that you are hereby in default for failure to pay to Highgate House, LLC the principal amount secured by Debenture A plus accrued interest on or prior to the Maturity Date.

05/24/2007  13:51    2019450851              CORNELL CAPITAL                    PAGE  03/03

Michelex Corporation  
Genitte Gramuglia, President

May 24, 2007  
- page 2 --

Further, inasmuch as the Company has not yet delivered to Highgate shares being acquired pursuant to the Notice of Conversion dated May 16, 2007, you are specifically in default for failure to comply with the terms of Section 4(b) of Debenture A wherein it provides that the Company shall deliver shares acquired by Highgate pursuant to a Notice of Conversion (as defined in Section 4(a) of Debenture A) no later than two (2) business days from the Conversion Date (as defined in Section 4(a) of Debenture A) as follows:

> "Section 4. Conversion   (b)   Not later than two (2) Business Days after the Conversion Date, the Company shall deliver to the Holder (Highgate) a certificate or certificates representing the number of shares of Common Stock being acquired upon the conversion of the Debentures. In the case of a conversion pursuant to a Notice of Conversion, if such certificate or certificates are not delivered by the date required under this Section 4(b), the Holder shall be entitled, upon providing written notice to the Company at any time on or before its receipt of such certificate or certificates thereafter, to rescind such conversion, in which event, the Company shall immediately return the Debentures tendered for conversion."

Finally, kindly accept this letter as your notification of such defaults, and be advised that in such event that the aforementioned defaults are not cured within five (5) business days of the date of this letter (and in no event later than Wednesday, May 30, 2007), that same shall be considered an "Event of Default" as defined in Section 3 I of Debenture A, and that Highgate fully intends to pursue any and all legal remedy to which they it may be entitled.

Very truly yours,

HIGHGATE HOUSE, LLC

David Gonzalez

DG/jmh  
Via Fax, Regular Mail & Certified Mail, Return Receipt Requested (CMRRR)  
    (310) 231-9800

cc:   Sunny Barkats, Esq.  
      (212) 980-5192

Exhibit E



**DLA Piper US LLP**
1999 Avenue of the Stars, Suite 400
Los Angeles, California 90067-6022
www.dlapiper.com

Robert D. Weber
robert.weber@dlapiper.com
T  310.595.3009
F  310.595.3309

June 12, 2007
VIA FACSIMILE AND MAIL (315) 764-9412

Thomas Gramuglia
President
Michelex Industrial Corporation
Post Office Box 69
63 Trade Road
Massena, New York 13662

Re:    **Highgate House, LLC**

Dear Mr. Gramuglia:

This firm has been retained by Highgate House LLC ("Highgate") to represent its interests in connection with the 5% Secured Convertible Debenture issued on December 30, 2004 (the "Debenture") and the Convertible Debenture Purchase Agreement dated December 30, 2004 (the "Purchase Agreement"), both of which were assumed by Michelex Corporation ("Michelex") as a successor to Hindsight Records, Inc.

On May 24, 2007, Highgate notified Michelex of its default upon the Debenture. Michelex has failed to repay the amounts that became due under the Debenture upon its December 29, 2006 maturity date, and also has refused to deliver shares requested by Highgate's valid Notice of Conversion. Pursuant to section 3-I(b) of the Debenture, Highgate's notice of default commenced a five-business-day period during which Michelex had the opportunity to cure its default. The five-day period has expired, and Michelex has not cured its default.

Accordingly, an Event of Default as defined by Section 3-1(b) of the Debenture has occurred, and has not been timely cured. Pursuant to Section 3-II(a) of the Debenture, Highgate hereby provides written notice that all amounts due under the Debenture are now immediately due and payable, including both principal and interest. The outstanding principal due is $374,500, and the interest to date is $76,074.65, for a total due of $450,074.65. Pursuant to the terms of the Debenture and Purchase Agreement, interest shall accrue on this amount at the rate of fifteen percent (15%) per annum from today through and including the date of payment.

If Michelex does not make payment by wire transfer or cashier's check to this office in the sum of $450,074.65 prior to the close of business on June 19, 2007, Highgate will commence legal proceedings against Michelex for breach of contract the following morning. In its lawsuit, Highgate will seek liquidated damages in an amount equal to three times the purchase price of the Debenture—$2,999,997.00—as provided for by section 4.25 of the Purchase Agreement. In addition, Highgate will seek reimbursement of attorneys fees and costs pursuant to the prevailing party clauses set forth in section 17 of the Debenture and Article VI of the Purchase Agreement.

Highgate reserves all of its rights under the Debenture, Purchase Agreement and applicable law.



Thomas Gramuglia
June 12, 2007
Page Two

I request Michelex Corporation to please direct all further communications regarding this matter to myself or Perrie Weiner of this office; please do not contact Highgate or Cornell Capital directly.

Very truly yours,

DLA Piper US LLP

Robert D. Weber

Encl.

cc:  David Gonzalez, Esq.
     Perrie Weiner, Esq.

LOSA1\180871.2