**07 CV 6417**

**JUDGE JONES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

HIGHGATE HOUSE, LLC,

        Plaintiff,

v.

MICHELEX CORPORATION,

        Defendant.

------------------------------------------------------------ x

**RULE 7.1 STATEMENT OF PLAINTIFF HIGHGATE HOUSE, LLC**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Highgate House LLC (a private non-governmental party), hereby certifies that no corporate parent, affiliate and/or subsidiary of said party is a publicly held corporation that owns 10% or more of said party's stock.

Dated: New York, New York
       July 13, 2007

DLA PIPER US LLP

By: _____
    Camilo Cardozo
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

*Attorneys for Plaintiff Highgate House LLC*

8124624