UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
HIGHGATE HOUSE, LLC,

              Plaintiff,

   -v-

MICHELEX CORPORATION,

              Defendant.
-----------------------------------------------------X

Case No. 07-CV-6417

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MICHELEX CORPORATION (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Dated: New York, New York
       August 1, 2007

_____
Michael S. Kelton (MK4636)

Case No.: 07-CV-6417

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HIGHGATE HOUSE, LLC,

                Plaintiff,

-against-

MICHELEX CORPORATION,

                Defendant.

---

### RULE 7.1 STATEMENT

---

**LIPPMAN KRASNOW & KELTON LLP,**
Attorneys for Defendant
380 Lexington Avenue - Suite 3620
New York, New York 10168
(212) 370-6940

| To | Signature (Rule 130-1.1.-a) |
|---|---|
|  | *[signature]* |
|  | MICHAEL S. KELTON (MK4636) |
| Attorney(s) for |  |
|  | Service of a copy of the within is hereby admitted. |
|  | Dated: |

---

PLEASE TAKE NOTICE:
☐ Notice of Entry
that the within is a (certified) true copy of a(n)
duly entered in the office of the clerk of the within named court on
☐ Notice of Settlement
that an order/judgment        of which the within is a true copy will be presented for
settlement to the HON.                         one of the judges
of the within named court, at
on                  at        M.

Dated:

                                              Yours, etc.
                                              **LIPPMAN KRASNOW & KELTON LLP**