UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case 1:07-cv-06417-BSJ    Document 6    Filed 08/06/2007    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/07 AL

-------------------------------------X

07 CV 6417 ECF

Highgate House, L.L.C.      v.

Michelex Corporation

-------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6417 (BSJ)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         8/6/07

United States District Judge