**MEMO ENDORSED**

# MELVIN & MELVIN, PLLC
### ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| JONATHAN E. FOX<br>ROGER W. BRADLEY<br>ROBERT S. SCALIONE<br>HOWARD J. WORONOV<br>RONALD S. CARR<br>LOUIS LEVINE<br>DOUGLAS H. YOUNG<br>RICHARD M. STORTO<br>KENNETH J. BOBRYCKI<br>SUSAN E. OTTO<br>HOLLY SALOP WALLACE<br>FRANK J. VAVONESE | SEVENTH FLOOR<br>217 SOUTH SALINA STREET<br>SYRACUSE, NEW YORK 13202-1390<br><br>TELEPHONE<br>315-422-1311<br><br>FAX<br>315-479-7612<br><br>INTERNET<br>E-Mail: llevine@melvinlaw.com<br>World Wide Web: http://www.melvinlaw.com | CHARLES R. GREINER<br>LOUIS YOUNG (1908 – 2005)<br>DOMENIC A. MAZZA<br>MERLE D. MELVIN<br>WILLIAM C. FOX<br>COUNSEL<br><br>MICHAEL R. VACCARO \*†<br>ROBERT G. SMITH<br>ELIZABETH A. GENUNG<br>DAVID B. JONES<br>KEVIN P. KUEHNER<br>MATTHEW VAN RYN |

September 12, 2007

\* ALSO ADMITTED IN FLORIDA
† ALSO ADMITTED IN NORTH CAROLINA
‡ ALSO ADMITTED IN MICHIGAN

HON. FRANK MAAS,
UNITED STATES MAGISTRATE JUDGE          *Via Fax (212-805-6724)*
United States District Court, S.D.N.Y.         *and First Class Mail*
United States Courthouse, Room 740
500 Pearl Street
New York, NY 10007-1312

         **RE: Highgate House, LLC vs. Michelex Corporation**
         **Docket Number: 07-Civ-6417 (BSJ)(fm)**

Dear Judge Maas:

    We are co-counsel with Lippman, Krasnow & Kelton, LLP as attorneys for Defendant Michelex Corporation in the above matter. We are in receipt of a copy of the "Order For Conference Pursuant to Rule 16(a)" dated August 22, 2007 issued by this Court. <u>Inter alia,</u> said Order scheduled the date of September 19 for an initial case management conference in this case.

    In view of the advent of the Jewish holidays beginning this evening, and the efforts to be undertaken by the parties in the next few weeks to resolve this matter, we respectfully request that the conference in this case, and all the deadlines set forth in the Court's Order of August 22, be adjourned for a period of 30 days.

    I have discussed this request with Robert Weber, Esq., lead counsel at DLA Piper US, LLP, attorneys for the Plaintiff, and he authorized me to state that he does not object to this proposed adjournment.

*[Handwritten endorsement:]* Adjourned to 10/16/07 at 5pm. /s/ F. Maas, USMJ, 9/12/07

*[Stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/13/07

Hon. Frank Maas, U.S.M.J.
September 12, 2007
Page 2 of 2

    If the foregoing meets the approval of the Court, we respectfully request that Chambers advise all counsel of the new conference date and deadlines.

    We thank the Court very much for its patience and consideration in this matter.

Very truly yours,
MELVIN & MELVIN, PLLC

By: _____
Louis Levine

LL/ksd

cc.    Robert D. Weber, Esq.
      DLA Piper US, LLP
      1999 Avenue of the Stars, Fourth Floor
      Los Angeles, CA 90067
      (310) 595-3309 Fax

      Camilo Cardozo, Esq.
      DLA Piper US, LLP
      1251 Avenue of the Americas
      New York, New York 10020
      (212) 335-4501 Fax

      Michael S. Kelton, Esq.
      Lippman, Krasnow, & Kelton, LLP
      380 Lexington Avenue
      New York, New York 101168
      (212) 370-6946 Fax