# LIPPMAN KRASNOW & KELTON LLP

### ATTORNEYS AT LAW

**MEMO ENDORSED**

380 LEXINGTON AVENUE
NEW YORK, NEW YORK 10168
TELEPHONE: (212) 370-6940
TELECOPIER: (212) 370-6946

MICHAEL S. KELTON*

DENISE BUDA**

DAVID T. VERSCHELL**

* ALSO MEMBER CALIFORNIA BAR
** ALSO MEMBER NEW JERSEY BAR

MATTHEW D. LIPPMAN
(1920 - 1995)

OF COUNSEL:
ROBERT L. KRASNOW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

October 8, 2007

**VIA FACSIMILE (212) 805-6724**
Hon. Frank Maas
United States District Court
Southern District of New York
United States Courthouse, Room 740
500 Pearl Street
New York, New York 10007-1312

*[Handwritten:]* We will discuss this application on 10/16/07 during the previously scheduled conference. Counsel should arrange for Mr. Levine to participate by telephone.
/s/ Maas, USMJ, 10/9/07

Re: Highgate House, LLC v. Michelex Corp.
Docket No. 07 CV 6417

Dear Justice Maas:

This firm is the local counsel of record for defendant Michelex Corporation in the above-referenced action.

Pursuant to the Court rules, we are submitting this letter to request a pre-motion conference. The relief we will be requesting in our motion is for leave to withdraw as counsel of record for defendant. The basis for our motion is defendant's failure and refusal to pay our outstanding invoice for legal fees, which defendant is obligated to do pursuant to our written retainer agreement. Despite our repeated efforts to obtain payment, our invoice is over 60 days outstanding. Please note that defendant does has co-counsel in this matter, Louis L. Levine, Esq. of the law firm of Melvin & Melvin, PLLC, located in Syracuse, New York, although, upon information and belief, co-counsel is not presently admitted to practice in this Court.

We will also be requesting an extension of time for defendant to respond to plaintiff's interrogatories and request for admissions, and for an adjournment of the initial scheduling conference, to so as to give defendant the opportunity to obtain new local counsel of record.

I have communicated the aforementioned to counsel for plaintiff, Robert D. Weber, Esq. He has indicated that, while he cannot object to our firm withdrawing as counsel of record, he will object to defendant's obtaining any extension of time, in that defendant has in place the legal representation of Mr. Levine, who is actively involved in the case.

Respectfully submitted,
LIPPMAN KRASNOW & KELTON LLP

*(signature)*

Michael S. Kelton (MK4636)

MSK/kb
cc: Robert D. Weber, Esq.
    Perrie M. Weiner, Esq.
    (Via Facsimile (310) 595-3309)

    Camilo Cardozo, Esq.
    (Via Facsimile (212) 335-4501)

    Louis L. Levine, Esq.
    (Via Facsimile (315) 479-7612)

    Michelex Corporation
    Attn: Mr. Thomas Gramuglia
    (Via Facsimile (315) 764-9412)