UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
HIGHGATE HOUSE, LLC,

                          Plaintiff,

        -against-

MICHELEX CORPORATION,

                         Defendant.
------------------------------------------------------------------ X

Case No. 07 CV 6417 (BSJ)

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF PERRIE M. WEINER AND ROBERT D. WEBER**

PLEASE TAKE NOTICE that upon the annexed Affirmation of Camilo Cardozo Esq., dated October 1, 2007 and the Affidavits of Perrie M. Weiner and Robert D. Weber, both sworn to on August 2, 2007, with annexed exhibits, and the accompanying proposed order, plaintiff Highgate House LLC moves this Court for an order pursuant to Local Civil Rule 1.3(c) of this Court admitting Perrie M. Weiner and Robert D. Weber, as counsel *pro hac vice*, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 1, 2007

                                            DLA Piper US LLP

                                            By: _____
                                            Camilo Cardozo (CC 9710)
                                            1251 Avenue of the Americas
                                            New York, New York 10020-1104
                                            (212) 335-4500 (Telephone)
                                            (212) 335-4501 (Facsimile)

                                            *Attorneys for plaintiff Highgate House LLC*

NEWY1\8151042.1

- 2 -

TO: Michael S. Kelton, Esq.
      Lippman Krasnow & Kelton LLP
      380 Lexington Avenue
      New York, NY 10168

      *Attorneys for defendant Michelex Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
HIGHGATE HOUSE, LLC,

                        Plaintiff,

      -against-

MICHELEX CORPORATION,

                        Defendant.

------------------------------------------------------------------------ X

Case No. 07 CV 6417 (BSJ)

**AFFIRMATION OF CAMILO CARDOZO IN SUPPORT OF ADMISSION *PRO HAC VICE* OF PERRIE M. WEINER AND ROBERT D. WEBER**

I, CAMILO CARDOZO, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate with the law firm of DLA Piper US LLP, counsel for Plaintiff Highgate House LLC.

2. Since July 2001 I have been a member in good standing of both the Bar of the State of New York and of the United States District Court for the Southern District of New York. I respectfully submit this affirmation in support of the motion pursuant to Local Civil Rule 1.3 (c) of this Court for the admission *pro hac vice* of Perrie M. Weiner, a partner, and Robert D. Weber, an of counsel, (the "Applicants") in the Los Angeles, California office of DLA Piper US LLP.

3. The Applicants have been admitted to practice law in the State of California. They are and always have been members in good standing of the bars of the jurisdictions and courts in which they are admitted to practice. I believe that the Applicants are of high moral character and extremely competent in the practice of law.

4. The affidavits of the Applicants affirming their good standing with the bars of the jurisdictions and courts in which they are admitted to practice are being filed herewith. Their Certificate of Good Standing are attached to their accompanying affidavit.

5.      I further affirm that I am familiar with the facts of this case and will assist the Applicants in the preparation of this case.

**WHEREFORE**, I respectfully request that the Court admit the Applicants *pro hac vice* and thereby permit them to appear and to participate in all further proceedings in this case on behalf of the plaintiff.

Dated:   New York, New York
         October 1, 2007

Camilo Cardozo (CC 9710)
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4500 (Telephone)
(212) 335-4501 (Facsimile)

Counsel for Plaintiff Highgate House, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
HIGHGATE HOUSE, LLC,

                        Plaintiff,

     -against-

MICHELEX CORPORATION,

                        Defendant.

------------------------------------------------------------------ X

Case No. 07 CV 6417 BSJ

**AFFIDAVIT OF PERRIE M. WEINER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF CALIFORNIA      )
                                    : ss.:
COUNTY OF LOS ANGELES  )

     Perrie M. Weiner, being duly sworn, deposes and says:

     1.     I submit this affidavit in support of the application by Plaintiff Highgate House, LLC ("Highgate") for my admission as an attorney *pro hac vice*.

     2.     I am a citizen of the United States and a resident of the State of California. I have been a member in good standing of the Bar of the State of California since June 14, 1988. A copy of my certificate of good standing for the State Bar of California is attached as Exhibit A. I am a partner of the firm DLA Piper US LLP, attorneys for Highgate in the pending litigation.

     3.     I am also a member in good standing of the Bars of the United States District Court for the Central District of California and the United States District Court for the Southern District of California. I am in good standing and eligible to practice in these courts. I am not currently suspended or disbarred in any court.

4.       There is good cause to grant this application. Highgate wishes me to be counsel on this matter due to my full familiarity with the facts and legal issues of this particular case.

5.       I have never been held in contempt of Court, nor have I ever been censured, suspended or disbarred by any court.

6.       I have read and am familiar with:

    (a)    the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts;

    (b)    the Federal Rules of Civil Procedure for the district courts;

    (c)    the Federal Rules of Evidence for the United States Courts and Magistrates; and

    (d)    the Code of Professional Responsibility of the American Bar Association,

and will faithfully adhere thereto.

7.       As a part of my admission *pro hac vice*, I agree:

    (a)    to be bound by all procedural rules and disciplinary rules governing the practice of law before this Court;

    (b)    to advise the Court if I cease to be a member in good standing of the Bar of the State of California;

    (c)    to continue to work with New York counsel throughout the course of this case; and

    (d)    to follow New York customs of practice.

- 3 -

**WHEREFORE**, I respectfully request that I be admitted to practice before this Court *pro hac vice* on behalf of Highgate pursuant to the proposed order annexed hereto.

                                                      PERRIE M. WEINER

Sworn to before me this
2nd day of ~~July,~~ 2007
August

_____
Notary Public

A. M. BREE ANDERSON
Commission # 1730236
Notary Public - California
Los Angeles County
My Comm. Expires Mar 10, 2011

8121067

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

September 19, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PERRIE MICHAEL WEINER, #134146 was admitted to the practice of law in this state by the Supreme Court of California on June 14, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
HIGHGATE HOUSE, LLC,

                      Plaintiff,

     -against-

MICHELEX CORPORATION,

                      Defendant.

------------------------------------------------------------------- X

Case No. 07 CV 6417 (BSJ)

**AFFIDAVIT OF ROBERT D. WEBER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF CALIFORNIA    )
                                  : ss.:
COUNTY OF LOS ANGELES  )

Robert D. Weber, being duly sworn, deposes and says:

1.    I submit this affidavit in support of the application by Plaintiff Highgate House, LLC ("Highgate") for my admission as an attorney *pro hac vice*.

2.    I am a citizen of the United States and a resident of the State of California. I have been a member in good standing of the Bar of the State of California since November 22, 1993. A copy of my certificate of good standing for the State Bar of California is attached as Exhibit A. I am an of counsel of the firm DLA Piper US LLP, attorneys for Highgate in the pending litigation.

3.    I am also a member in good standing of the Bars of the United States District Court for the Central, Southern and Northern Districts of California, and the Ninth and Tenth

Case 1:07-cv-06417-BSJ   Document 10   Filed 10/02/2007   Page 10 of 13

Circuit Courts of Appeals. I am in good standing and eligible to practice in these courts. I am not currently suspended or disbarred in any court.

4. There is good cause to grant this application. Highgate wishes me to be counsel on this matter due to my full familiarity with the facts and legal issues of this particular case.

5. I have never been held in contempt of Court, nor have I ever been censured, suspended or disbarred by any court.

6. I have read and am familiar with:

   (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts;

   (b) the Federal Rules of Civil Procedure for the district courts;

   (c) the Federal Rules of Evidence for the United States Courts and Magistrates; and

   (d) the Code of Professional Responsibility of the American Bar Association,

and will faithfully adhere thereto.

7. As a part of my admission *pro hac vice*, I agree:

   (a) to be bound by all procedural rules and disciplinary rules governing the practice of law before this Court;

   (b) to advise the Court if I cease to be a member in good standing of the Bar of the State of California;

   (c) to continue to work with New York counsel throughout the course of this case; and

   (d) to follow New York customs of practice.

- 3 -

**WHEREFORE**, I respectfully request that I be admitted to practice before this Court *pro hac vice* on behalf of Highgate pursuant to the proposed order annexed hereto.

_____
ROBERT D. WEBER

Sworn to before me this
2nd day of ~~July~~ 2007
August

_____
Notary Public

A. M. BREE ANDERSON
Commission # 1730236
Notary Public - California
Los Angeles County
My Comm. Expires Mar 10, 2011

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

September 19, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT DAVID WEBER, #165992 was admitted to the practice of law in this state by the Supreme Court of California on November 22, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

    I, Camilo Cardozo, hereby certify that on October 2, 2007, I cause to be served by first class mail a true copy of the foregoing Notice of Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Perrie M. Weiner and Robert D. Weber upon:  Michael S. Kelton, Esq.
                                                        Lippman Krasnow & Kelton LLP
                                                        380 Lexington Avenue
                                                        New York, NY  10168
                                                        *Attorneys for defendant Michelex Corporation*

                                                                     _____
                                                                       Camilo Cardozo

NEWY1\8151224.1