AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

HIGHGATE HOUSE, LLC,
  Plaintiff(s),

v.

MICHELEX CORPORATION
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-6417

Notice is hereby given that, subject to approval by the court, __Defendant Michelex Corporation__ substitutes
                (Party (s) Name)

__Albert K. Lawler__, State Bar No. __1156447__ as counsel of record in
(Name of New Attorney)

place of __Michael S. Kelton, Lippman, Krasnow & Kelton LLP__
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Paykin Mahon Rooney & Krieg LLP
Address: 186 Madison Ave. 10th floor, New York, NY 10016
Telephone: (212) 725-4423  Facsimile (212) 684-9022
E-Mail (Optional): alawler@pmrklaw.com

I consent to the above substitution.
Date: 10/15/2007   _Thomas Gramuglia_
           (Signature of Party (s))

I consent to being substituted.
Date: 10/15/07   LIPPMAN KRASNOW & KELTON, LLP
        By: _Michael S. K._
        (Signature of Former Attorney (s))
        MICHAEL S. KELTON

I consent to the above substitution.
Date: 10/15/2007   _A. K. L._
          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: October 16, 2007   _[signature]_
           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/07