SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

HIGHGATE HOUSE, LLC,

                         Plaintiff,

    -against-

MICHELEX CORPORATION,

                        Defendant.

------------------------------------------------------------ X

Case No. 07 CV 6417 (BSJ)

**ORDER ADMITTING PERRIE M. WEINER AND ROBERT D. WEBER *PRO HAC VICE***

    The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys, Perrie M. Weiner and Robert D. Weber, are permitted to argue or try this particular case in whole or in part as counsel or advocate.

    An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

    This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

    The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:   New York, New York
           October __, 2007

                                                           _____
                                                            United States District Judge

8121050