# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

**PAYKIN MAHON ROONEY & KRIEG LLP**
185 Madison Ave. 10th Floor
New York, NY 10016
212 725 4423
Fax 212 684 9022
alawler@pmrklaw.com

January 30, 2008

VIA FACSIMILE (212) 805-6724
Amy Martelle
United States District Court
Southern District of New York
United States Courthouse, Room 740
500 Pearl Street
New York, New York 10007-1312

RE: Highgate House, LLC v. Michelex Corp.
Docket No. 07 CV 6417

> DENIED.
> I expect to see counsel and their clients in my courtroom at 2:15 pm tomorrow.
> /s/ Hughes, USMJ, 1/30/08

Dear Ms Martelle:

When I spoke to you earlier today I had been told that Plaintiff was sending the settlement agreement to me via email. I had understood that Plaintiff had agreed to the settlement proposal we made last November (which was sent to them in writing on December 30). However, the agreement sent to me contained a material change in the settlement. I spoke to counsel immediately, and I believe we can still reach agreement.

However, we do not have a signed agreement at this time. Nevertheless, this letter is to request an additional adjournment of the Settlement Conference. In the event that the Court is unable to grant the adjournment, I annex the confidential settlement letter that I had prepared for the last scheduled conference.

Respectfully submitted,
Paykin Mahon Rooney & Krieg LLP

Albert K. Lawler (AKL 4429)

cc: Robert D. Weber, Esq.
(Via Facsimile (310) 595-3309)