UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HIGHGATE HOUSE, LLC,                           :

              Plaintiff,              :

      -against-                                  :     **ORDER**

MICHELEX CORPORATION,                      :     07 Civ. 6417 (BSJ)(FM)

              Defendant.              :

------------------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 1/31/08*

**FRANK MAAS**, United States Magistrate Judge.

It is hereby ORDERED that a further conference in this matter shall be held on February 6, 2008, at 10:15 a.m. in Courtroom 20A, United States Courthouse, 500 Pearl Street, New York, New York, 10007. In addition to counsel, David Gonzalez and Thomas Gramaglia are directed to attend.

SO ORDERED.

Dated:   New York, New York
         January 31, 2008

                                                _____
                                                FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Hon. Barbara S. Jones
United States District Judge

Robert Webber, Esq.
DLA Piper US LLP
Fax: (310) 595-3309

Camilo Cardozo, Esq.
DLA Piper US LLP
Fax: (212) 884-8523

Albert K. Lawler, Esq.
Paykin Mahon Rooney & Krieg LLP
Fax: (212) 684-9022