```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
HIGHGATE HOURSE, LLC,
                Plaintiff,

                              ORDER OF DISCONTINUANCE

v.

MICHELEX CORPORATION,      Case No. 07-CV-6417 (FM)
                Defendant.
-----------------------------------------------------------------

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:      New York, New York
              ~~January 31~~, 2008
              February 6

                                                FRANK MAAS
                                            United States magistrate Judge

Robert D. Weber                      Albert K. Lawler
DLA Piper US LLP                 Paykin Mahon Rooney & Krieg LLP
Attorneys for Plaintiff             Attorneys for Defendant
1999 Avenue of the Stars       185 Madison Ave.  10th floor
Los Angeles, CA 90067         New York, NY 10016

Agreed and Consented to:          Agreed and Consented to: